UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

DAVID SCOTT HARRISON,

    Plaintiff,

  v.

JEFFREY BEARD, et. al.,

    Defendants.

Case No.   16-cv-1880-NJV (PR)

**ORDER OF DISMISSAL**

Pursuant to Plaintiff's notice of voluntary dismissal (Docket No. 12), this case is **DISMISSED** without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The Clerk shall close the file and terminate any pending motions

**IT IS SO ORDERED.**

Dated: August 30, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge